| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Nathan, Alison J. | 2. Court or Organization<br><br>U.S. District Court, Southern District of New York | 3. Date of Report<br><br>09/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisor on the Restatement of the Law, Copyright Project | American Law Institute |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | NYU School of Law (teaching income) | $15,555.61 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | NYU School of Law Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient (formerly Sallie Mae) | Student Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emigrant Direct (various accounts) | A | Interest | J | T | | | | | |
| 2. Bank of America Checking Account (Y) | | | | | | | | | |
| 3. Chase Checking Account (Y) | | | | | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. Merrill Lynch Bank Deposit Program (X) | A | Interest | J | T | | | | | |
| 6. AMG Yacktman Fund CL Service, YACKX | | None | | | Sold | 03/12/15 | J | A | |
| 7. ASG Managed Futures Str Fd ASFYX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 8. Blackrock Global Long Short Credit Fund BGCIX | A | Dividend | J | T | | | | | |
| 9. Blackrock Strategic Muni Opportunities Fund Instl MAMTX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 10. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 11. Boston Partners Long / Short Equity Fd Instl BPLSX | A | Dividend | J | T | Sold (part) | 03/12/15 | J | | |
| 12. Fidelity Advisor Biotechnology Fund FBTIX | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 13. Fidelity Advisor Industrials Fund FCLIX | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 14. Fidelity Advisor Materials Fund FMFEX | | None | | | Sold | 01/30/15 | J | | |
| 15. Fiduciary/Clay MLP Opp FMO | A | Dividend | | | Sold | 12/08/15 | J | | |
| 16. Franklin Intl Small Cap FKSCX | A | Dividend | J | T | | | | | |
| 17. Franklin Mutual Global Discovery Z MDISX | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guggenheim S&P 500 Equal Weight Technology ETF RYT | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 19. Ivy Science and Technology Fund ISTIX | A | Dividend | J | T | | | | | |
| 20. John Hancock Intl Growth Fund GOGIX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 21. Kayne Anderson MLP KYN | A | Dividend | | | Sold | 12/08/15 | J | | |
| 22. Loomis Sayles Strategic NEZYK | A | Dividend | | | Sold | 08/12/15 | J | A | |
| 23. Lord Abbett Short Duration Income Fd LDLFX | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 24. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 25. Lord Abbett Intermediate LISFX | A | Dividend | | | Sold | 03/12/15 | J | | |
| 26. Mainstay High Yield, MYHIX | A | Dividend | | | Sold | 03/12/15 | J | | |
| 27. MFS Emerging Markets Debt Fd MEDIX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 28. MFS Utilities FD CL 1, MMUIX | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 29. Neuberger Berman Absol Rtrn Multi Mgr Fd NABIX | | None | | | Sold | 03/12/15 | J | A | |
| 30. Nuveen Global, FGIYX | A | Dividend | | | Sold | 08/12/15 | J | | |
| 31. Nuveen Short Duration Hi Yld Muni Bd Fd NVHIX | A | Dividend | J | T | Buy | 12/08/15 | J | | |
| 32. Pimco Foreign Bond Fd. PFBPX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 33. Pimco RAE Fundamental Plus Fund PIXPX | A | Dividend | J | T | | | | | |
| 34. Pimco Income Fund PONPX | A | Dividend | J | T | Buy | 03/12/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential Jennison Health Sciences PHSZX | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 36. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 37. SPDR® S&P 500 ETF SPY | | None | | | Buy | 01/05/15 | J | | |
| 38. | | | | | Sold | 03/12/15 | J | | |
| 39. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 40. T Rowe Price Capital Appreciation Fd Retail PRWCX | A | Dividend | J | T | | | | | |
| 41. TCW Total Return Bond Fd TGLMX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 42. Templeton Glbl Bond Fund, TGBAX | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 43. The Oakmark Intl Fund OAKIX | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 44. Touchstone Sands Capital Select Growth Fund CFSIX | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 45. Vanguard Energy ETF VDE (X) | | None | | | Sold | 03/12/15 | J | A | |
| 46. Wells Fargo Absolute Return Fd WARDX | | None | | | Sold | 03/13/15 | J | A | |
| 47. Wisdomtree Trust Japan Hedged Equity Fd DXJ | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 48. Wisdomtree Europe Hedged Equity Fund HEDJ | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 49. | | | | | Sold (part) | 08/24/15 | J | | |
| 50. Brokerage Account #2 (H) | | | | | | | | | |
| 51. Merrill Lynch Bank Deposit Program (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMG Yacktman Fund CL Service, YACKX | | None | | | Sold | 03/12/15 | J | | |
| 53. ASG Managed Futures Str Fd ASFYX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 54. Blackrock Global Long Short Credit Fund BGCIX | | None | | | Sold | 03/12/15 | J | | |
| 55. Blackrock Strategic Muni Opportunities Fund Instl MAMTX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 56. Boston Partners Long / Short Equity Fd Instl BPLSX (X) | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 57. Delaware National High Yield Muni Bond DVHIX) | A | Dividend | J | T | | | | | |
| 58. Fidelity Advisor Biotechnology Fund FBTIX | A | Dividend | J | T | | | | | |
| 59. Fidelity Advisor Industrials Fund FCLIX | A | Dividend | J | T | | | | | |
| 60. Fidelity Advisor Materials Fund FMFEX (Y) | | | | | | | | | |
| 61. Fiduciary/Clay MLP Opp FMO (Y) | | | | | | | | | |
| 62. Franklin Intl Small Cap FKSCX | A | Dividend | J | T | | | | | |
| 63. Franklin Mutual Global Disclovery Fd Cl Z MDISX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 64. Guggenheim S&P 500 Equal Weight Technology ETF RYT | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 65. Ivy Science and Technology Fund ISTIX | A | Dividend | J | T | | | | | |
| 66. John Hancock Intl Growth Fund GOGIX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 67. Kayne Anderson MLP KYN (Y) | | | | | | | | | |
| 68. Lord Abbett Intermediate LISFX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Utilities FD CL 1, MMUIX | A | Dividend | | | Sold | 03/12/15 | J | | |
| 70. Neuberger Berman Multi Cap Opp fund, NMULX | | None | | | Sold | 03/12/15 | J | A | |
| 71. Neuberger Berman Absol Rtrn Multi Mgr Fd NABIX | | None | | | Sold | 03/12/15 | J | | |
| 72. Nuveen Global, FGIYX | A | Dividend | | | Sold | 08/12/15 | J | A | |
| 73. Nuveen Short Duration Hi Yld Muni Bd Fd NVHIX | A | Dividend | J | T | Buy | 12/08/15 | J | | |
| 74. Prudential Jennison Health Sciences PHSZX | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 75. SPDR® S&P 500 ETF SPY | | None | | | Sold | 03/12/15 | J | A | |
| 76. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | | | | | |
| 77. T Rowe Price Capital Appreciation Fd Retail PRWCX | A | Dividend | J | T | | | | | |
| 78. Templeton Glbl Bond Fund, TGBAX | A | Dividend | | | Sold | 03/12/15 | J | | |
| 79. The Oakmark Intl Fund OAKIX | A | Dividend | J | T | | | | | |
| 80. The Oakmark Select Fund OAKLX | A | Dividend | J | T | | | | | |
| 81. Touchstone Sands Capital Select Growth Fund CFSIX | A | Dividend | J | T | | | | | |
| 82. Wells Fargo Absolute Return Fd WARDX | | None | | | Sold | 03/12/15 | J | | |
| 83. Wisdomtree Europe Hedged Equity Fund HEDJ | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 84. Brokerage Account #3 (H) | | | | | | | | | |
| 85. Merrill Lynch Bank Deposit Program (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMG Yacktman Fund CL Service, YACKX | | None | | | Sold | 03/12/15 | J | A | |
| 87. ASG Managed Futures Str Fd ASFYX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 88. Blackrock Strategic Muni Opportunities Fund Instl MAMTX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 89. Boston Partners Long / Short Equity Fd Instl BPLSX (X) | A | Dividend | J | T | Sold (part) | 03/12/15 | J | | |
| 90. Eaton Vance Floating Rate Fund EIBLX | A | Dividend | | | Sold | 03/12/15 | J | | |
| 91. Fidelity Advisor Biotechnology Fd FBTIX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 92. Fiduciary/Clay MLP Opp FMO (Y) | | | | | | | | | |
| 93. Franklin Intl Small Cap Growth Fund FKSCX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 94. Franklin Mutual Global Disclovery Fd Cl Z MDISX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 95. Guggenheim S&P 500 Equal Weight Technology ETF RYT | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 96. Ishares US Consumer Goods EFT IYK | | None | | | Sold | 03/12/15 | J | A | |
| 97. Kayne Anderson MLP KYN (Y) | | | | | | | | | |
| 98. Loomis Sayles Strategic NEZYK | A | Dividend | | | Sold | 08/12/15 | J | A | |
| 99. Lord Abbett Short Duration Income Fd LDLFX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 100. Metropolitan West Total Return Bond Fund MWTIX | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 101. MFS Diversified Income Fund DIFIX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 102. MFS Muni Limited, MTLIX | A | Dividend | | | Sold | 03/12/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MFS Utilities FD CL 1, MMUIX | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 104. Neuberger Berman Absol Rtrn Multi Mgr Fd NABIX | | None | | | Sold | 03/12/15 | J | A | |
| 105. Nuveen Global, FGIYX | A | Dividend | | | Sold | 08/12/15 | J | A | |
| 106. Nuveen Real Asset Income Fund NRIIX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 107. Pimco Foreign Bond Fd PFBPX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 108. Pimco Income Fund PONPX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 109. Pimco Rae Fundamental Plus Fund PIXPX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 110. Principal Global Real Estate Securities POSPX | | None | | | Sold | 03/12/15 | J | A | |
| 111. Prudential Jennison Health Sciences PHSZX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 112. SPDR® KBW Reigonal Banking ETF KRE (X) | A | Dividend | J | T | | | | | |
| 113. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | | | | | |
| 114. T. Rowe Price Capital Appreciation Fd Retail PRWCX | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 115. TCW Total Return Bond Fd TGLMX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 116. The Oakmark Intl Fund OAKIX | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 117. Touchstone Sands Capital Select Growth Fund CFSIX | A | Dividend | J | T | | | | | |
| 118. Wells Fargo Absolute Return Fd WARDX | | None | | | Sold | 03/13/15 | J | | |
| 119. Brokerage Account #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 121. Apple Inc Stock, AAPL | A | Dividend | K | T | | | | | |
| 122. Retirement Plan #1 (H) | | | | | | | | | |
| 123. Vanguard Target Retirement 2040 | D | Dividend | N | T | | | | | |
| 124. Vanguard Target Retirement 2020 | D | Dividend | M | T | | | | | |
| 125. Vanguard FTSE Social Index | A | Dividend | L | T | | | | | |
| 126. 529 Account #1 (H) | | | | | | | | | |
| 127. J.P Morgan Aggressive Age-Based Portfolio C | A | Dividend | | | Sold | 08/05/15 | J | | |
| 128. J.P Morgan Moderate Growth Age-Based Portfolio C | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 129. 529 Account #2 (H) | | | | | | | | | |
| 130. J.P Morgan Aggressive Age-Based Portfolio C | A | Dividend | | | Sold | 08/05/15 | J | | |
| 131. J.P Morgan Moderate Growth Age-Based Portfolio C | A | Dividend | J | T | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 09/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2015 report was reformatted to separately identify holdings within each brokerage account.  As a result, some entries in the 2014 report will correctly correspond with multiple entries in this report.

Asset name changes are corporate in nature and do not reflect transactions; symbols remain consistent.

Part VII, line 127: This holding was inadvertently omitted from the 2014 and original 2015 reports.  (Purchased October 6, 2014; Value Code and Transaction Value Code - J; Income Code - A; Income Type - Dividend; Value Method Code - T.)

Part VII, line 128: This holding was inadvertently omitted from the original 2015 report.

Part VII, line 130: This holding was inadvertently omitted from the 2014 and original 2015 reports.  (Purchased October 6, 2014; Value Code and Transaction Value Code - J; Income Code - A; Income Type - Dividend; Value Method Code - T.)

Part VII, line 131: This holding was inadvertently omitted from the original 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544